RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
2005 DEC -1 A 9: 58

DEBRA P. HAC___
U.S. DISTRICT COURT

_Donald Gene Williams_
Full name and prison number of
plaintiff(s)

v.

_Sheriff Anthony Clark_
_Southern Health Partners Inc_

_____

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. _2:05CV 1139-T_
(To be supplied by the Clerk of the
U.S. District Court)

I.    **PREVIOUS LAWSUITS**

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )   No ( ✓ )

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )   No ( ✓ )

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:
Plaintiff(s) _____

_____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if state court, name the county)

_____

_____

3.    Docket No. _____

4.    Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Covington county Jail_
_290 Hillcrest Dr Andalusia Al 36420_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Covington county_
_Jail 290 Hillcrest Drive Andalusia Al 36420_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. _Sheriff Anthony Clark_ | |
| 2. _Southern Health Partners Inc_ | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _11-12-05_ _6 mths_
_Brown Recluos Spider Bite twice within_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _1-4-6-8-14 Amendments_
_(4 Amendment)_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place, manner, and person involved).
_being a Resident of covington co. Jail a Right_
_to be scure in House paper and Effects, also_
_failed to minister Treatment in timely fashions_
_or to Redress Sick call Request_

GROUND TWO: _I amendment — 6 - 8 - 14_

SUPPORTING FACTS: _failed to address complaint of_
_Spider Bite in timely fashion_

GROUND THREE: _8 - 14 Amadment_

SUPPORTING FACTS: _this being the second time I've_
_been bitten by spider Brown Rectuse_

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE
NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.
_Seeking Injunctive relief to secure the Inmates_
_of these bites, and summary junctive Relief of_
_$105,000.000 in monetary Damages_

_Donald G. Williams_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _11-22-05_.
(date)

_Donald G. Williams_
Signature of plaintiff(s)

_Notary Public: Patricia Sweatt_
_1-29-09_

-3-