Williams

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Anthony Clark, Sheriff
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL 36420

2:05CV1139 (cmplount 40 Dy)

2. Article Number
   (Transfer from service label)     7005 1160 0001 2962 2895

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Pat Sweatt          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 12-21-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes