IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS GENE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-1139-T |
| | ) | |
| ANTHONY CLARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On December 20, 2005, this court entered orders, copies of which the Clerk mailed to the plaintiff. The postal service returned these orders because the plaintiff was no longer at the address he had provided to the court. As the administration of this case cannot proceed if the plaintiff's whereabouts remain unknown to the court, it is

ORDERED that:

1. On or before January 17, 2006, the plaintiff shall provide the court with his current address.

2. The defendants shall not file a special report unless and until further order of this court.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 6th day of January, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE