**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DOUGLAS GENE WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:  2:05-CV-1139-T** |
| | ) | |
| **ANTHONY CLARK,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ANSWER

COMES NOW the Defendant Anthony Clark, Sheriff of Covington County, Alabama,

and responds to the Complaint filed by Plaintiff in the above-styled cause and states as follows:

1.      Plaintiff brings his suit under 42 U.S.C. § 1983 and claims that his constitutional

rights were violated by Defendants.[1]  More specifically, as an inmate, the Plaintiff alleges that

his rights have been violated in that the Defendant: (a) failed to address danger to his personal

safety from spiders; and (b) denied him adequate medical attention.

2.      Defendant admits that the Plaintiff was incarcerated on or before May 22, 2005, at

the Covington County Jail.

3.      Defendant denies the remaining allegations and inferences in the Plaintiff's

Complaint.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's Complaint fails to state a claim upon which relief can be granted.

Defendant did not deprive Plaintiff of any constitutional right to which he is entitled.

---

[1] The following statement of the issues and claims made by Plaintiff are based upon Plaintiff's Complaint and the undersigned's interpretation of the issues raised.  If other issues are presented, Defendant generally denies any such allegations as being untrue and completely without basis in law or fact.

2.      Any claims against Defendant in his official capacity are barred by the Eleventh Amendment and because Defendant is not a "person" under 42 U.S.C. § 1983.

3.      Defendant is entitled to qualified immunity in his individual capacity.

4.      The Plaintiff's claims are barred due to the Plaintiff's failure to exhaust all available state remedies.

5.      Defendant reserves the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

WHEREFORE, PREMISES CONSIDERED, Defendant requests this Court to enter judgment in his favor and grant unto him costs and attorney's fees pursuant to law and 42 U.S.C. § 1988.


Respectfully submitted on this the 27th day of January, 2006.

s/Scott W. Gosnell
SCOTT W. GOSNELL, Bar Number:  GOS002
Attorney for Defendant
WEBB & ELEY, P.C.
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com


2

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on this the 27th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following Non-CM/ECF participant by United States Mail, postage prepaid:

Douglas Gene Williams
Covington County Jail
290 Hillcrest Drive
Andalusia, Alabama  36420

                      **s/Scott W. Gosnell**
                      OF COUNSEL