# EXHIBIT A
# Inmate File

| State of Alabama Form No. 62 Rev. 1/84 | **TRANSCRIPT of RECORD** (Conviction Report) | Case Number |
|---|---|---|

| | | CC | 88 | 291 |
|---|---|---|---|---|
| | | ID | YR | NUMBER |

In The  Circuit Criminal   Court Of  Covington   County       Court ORI   023015

**STATE OF ALABAMA**
vs.

| NAME/ ALIASES | Donald Gene Williams | SID No. |
| | | AIS No. |

**INMATE DESCRIPTION**

| DOB 6-28-61 | Sex [x] M  [ ] F | Height 5'9" | Weight 160 | Hair Color Brown | Eye Color Blue |
|---|---|---|---|---|---|
| Race [x] W  [ ] B  [ ] Other (specify) | Complexion | Age (If DOB missing) | Distinguishing Features or Marks None Given | | |

**ARREST INFORMATION**

| Date of Offense 9-29-88 (Warrant Issued) | Initial Arrest Date 9-23-88 | Arresting ORI 0230000 |
|---|---|---|

**CHARGES LITERAL**

| On Conviction: Theft of Property, II | Offense Class [ ] A [ ] B [x] C |
|---|---|

**COURT INFORMATION**

| Judge Name W. H. Baldwin, Circuit Judge | Prosecuting Attorney Name Eugenia L. Loggins, District Attorney |
|---|---|

**PROBATION INFORMATION**

| Applied for:  Date: 12-15-88 [x] Yes [ ] No | Granted:  Date: 5-23-89 [x] Yes [ ] No | Rearrested:  Date: 1-07-91 [x] Yes [ ] No | Revoked:  Date: 1-16-91 [x] Yes [ ] No |
|---|---|---|---|

**SENTENCE INFORMATION**

| Term of Confinement | | | Act 754-76 | Probation Term (If Act 754) | | | Jail Credit Ordered |
|---|---|---|---|---|---|---|---|
| YR | MO | DA | [ ] Yes [x] No | YR | MO | DA | [x] Yes [ ] None |
| 0 0 5 | 0 0 0 | 0 0 0 | | | | | |

| Date Sentenced 12-15-88 | Date Sentence Begins 1-16-91 | YR 0 0 | MO 0 0 | DA 0 8 |
|---|---|---|---|---|

**SENTENCE PROVISIONS**

[x] Concurrent   CC-88-287 and CC-88-289
[ ] Consecutive

Restitution/Recoupment
Restitution  $623.70

**OTHER SENTENCE PROVISIONS**

[ ] Habitual Offender
[ ] Youthful Offender (Act 335-72)
[ ] Restitution (Specify & Attach Order)
[ ] Recoupment (Specify & Attach Order)
[ ] Life  [ ] Life w/o Parole  [ ] Death

Attorney Fee ____
Court Cost  $241.00
Fine ____

**APPEAL INFORMATION**

| [ ] Yes [x] No | Sentence Suspended  Date: Pending Appeal [ ] Yes [ ] No | Sentence Affirmed:  Date: [ ] Yes | Date Rearrested: |
|---|---|---|---|

**REMARKS AND OTHER INFORMATION (CONTINUE ON REVERSE SIDE IF NEEDED)**

DATES COMMITTED TO JAIL:  9-23-88   5-23-90   1-7-91
DATES RELEASED ON BOND:  9-29-88   5-25-88

This is to certify that the above information was extracted from official court records and is true and correct according to the record.

(Affix Court Seal)

January 18,  19 90
Date

Roger A. Powell, Clerk
Print or Type Name of Clerk

*Roger A. Powell*
Signature

Alabama
Form No. 62 Rev. 1/84

# TRANSCRIPT of RECORD
(Conviction Report)

| Case Number | | |
|---|---|---|
| CC | 88 | 287 |
| ID | YR | NUMBER |

In The  Circuit Criminal  Court Of  Covington  County

Court ORI   023015

## STATE OF ALABAMA
vs.

| NAME/ ALIASES | Donald Gene Williams | SID No. |
| | | AIS No. |

| INMATE DESCRIPTION | DOB 6-28-61 | Sex [ X ] M   [ ] F | Height 5'9" | Weight 160 | Hair Color Brown | Eye Color Blue |
| | Race [ X ] W  [ ] B  [ ] Other (specify) | Complexion | Age (If DOB missing) | Distinguishing Features or Marks None Given | | |

| ARREST INFORMATION | Date of Offense 8-11-88 (Warrant Issued) | Initial Arrest Date 8-10-88 | Arresting ORI 0230000 |

| CHARGES LITERAL | On Conviction: Receiving Stolen Property, II | Offense Class □ A □ B X C |

| COURT INFORMATION | Judge Name W. H. Baldwin, Circuit Judge | Prosecuting Attorney Name Eugenia L. Loggins, District Attorney |

| PROBATION INFORMATION | Applied for:   Date: 12-15-88 [ X ] Yes [ ] No | Granted:   Date: 5-23-89 [ X ] Yes [ ] No | Rearrested:   Date: 1-07-91 [ X ] Yes [ ] No | Revoked:   Date: 1-16-91 [ X ] Yes [ ] No |

| SENTENCE INFORMATION | Term of Confinement YR 0 0 | MO 5 0 | DA 0 0 | Act 754-76 [ ] Yes [ X ] No | Probation Term (If Act 754) YR | MO | DA | Jail Credit Ordered [ X ] Yes [ ] None |
| | Date Sentenced: 12-15-88 | Date Sentence Begins 1-16-91 | | YR 0 0 | MO 0 0 | DA 0 2 |

| SENTENCE PROVISIONS | ☒ Concurrent   CC-88-289 and CC-88-281 □ Consecutive | Restitution/Recoupment Restitution _____ |

| OTHER SENTENCE PROVISIONS | □ Habitual Offender □ Youthful Offender (Act 335-72) □ Restitution (Specify & Attach Order) □ Recoupment (Specify & Attach Order) □ Life   □ Life w/o Parole   □ Death | Attorney Fee _____ Court Cost _____ Fine _____ |

| APPEAL INFORMATION | [ ] Yes  [ X ] No | Sentence Suspended  Date: Pending Appeal [ ] Yes [ ] No | Sentence Affirmed:  Date: [ ] Yes | Date Rearrested: |

| REMARKS AND OTHER INFOR-MATION (CONTINUE ON REVERSE SIDE IF NEEDED) | DATES COMMITTED TO JAIL:  8-10-88  5-23-90  1-7-91 DATES RELEASED ON BOND:  8-10-88  5-25-90 | This is to certify that the above information was extracted from official court records and is true and correct according to the record. (Affix Court Seal) January 18, 19 91 Date Roger A. Powell, Clerk Print or Type Name of Clerk _Roger A. Powell_ Signature |

| State of Alabama<br>Form No. 62 Rev. 1/84 | **TRANSCRIPT of RECORD**<br>(Conviction Report) | Case Number |
|---|---|---|
| | | CC 88 289<br>ID — YR — NUMBER |

In The  Circuit Criminal  Court Of  Covington  County     Court ORI  023015

STATE OF ALABAMA
vs.

| NAME/<br>ALIASES | Donald Gene Williams | SID No. |
| | | AIS No. |

| INMATE<br>DESCRIPTION | DOB<br>6-28-61 | Sex<br>[x] M   [ ] F | Height<br>5'9" | Weight<br>160 | Hair Color<br>Brown | Eye Color<br>Blue |
|---|---|---|---|---|---|---|
| | Race<br>[xx] W   [ ] B   [ ] Other (specify) | Complexion | Age (If DOB missing) | Distinguishing Features or Marks<br>None Given | | |

| ARREST<br>INFORMATION | Date of Offense<br>9-27-88 (Warrant Issued) | Initial Arrest Date<br>9-23-88 | Arresting ORI<br>0230000 |
|---|---|---|---|

| CHARGES<br>LITERAL | On Conviction:<br>Theft of Property, II | Offense Class<br>□ A □ B [X] C |
|---|---|---|

| COURT<br>INFORMATION | Judge Name<br>W. H. Baldwin, Circuit Judge | Prosecuting Attorney Name<br>Eugenia L. Loggins, District Attorney |
|---|---|---|

| PROBATION<br>INFORMATION | Applied for:   Date:<br>12-15-88<br>[xx] Yes [ ] No | Granted:   Date:<br>5-23-89<br>[xx] Yes [ ] No | Rearrested:   Date:<br>1-07-91<br>[xx] Yes [ ] No | Revoked:   Date:<br>1-16-91<br>[xx] Yes [ ] No |
|---|---|---|---|---|

| SENTENCE<br>INFORMATION | Term of Confinement<br>YR  MO  DA<br>0 0 5  0 0 0  0 0 | Act 754-76<br>[ ] Yes [xx] No | Probation Term (If Act 754)<br>YR  MO  DA | Jail Credit Ordered<br>[x] Yes [ ] None |
|---|---|---|---|---|
| | Date Sentenced:<br>12-15-88 | Date Sentence Begins<br>1-16-91 | | YR  MO  DA<br>0 0  0 0  0 8 |

| SENTENCE<br>PROVISIONS | [x] Concurrent   CC-88-287 and CC-88-291<br>□ Consecutive | Restitution/Recoupment<br>Restitution _____<br>Attorney Fee _____<br>Court Cost _____<br>Fine _____ |
|---|---|---|

| OTHER<br>SENTENCE<br>PROVISIONS | □ Habitual Offender<br>□ Youthful Offender (Act 335-72)<br>□ Restitution (Specify & Attach Order)<br>□ Recoupment (Specify & Attach Order)<br>□ Life  □ Life w/o Parole  □ Death | |
|---|---|---|

| APPEAL<br>INFORMATION | [ ] Yes [xx] No | Sentence Suspended   Date:<br>Pending Appeal<br>[ ] Yes [ ] No | Sentence Affirmed:   Date:<br>[ ] Yes | Date Rearrested: |
|---|---|---|---|---|

| REMARKS AND<br>OTHER INFOR-<br>MATION (CON-<br>TINUE ON<br>REVERSE SIDE<br>IF NEEDED) | DATES COMMITTED TO JAIL:  9-23-88  5-23-90  1-7-91<br>DATES RELEASED ON BOND:  9-29-88  5-25-88 | This is to certify that the above information was extracted from official court records and is true and correct according to the record.<br>(Affix Court Seal)<br><br>January 18,   19 91<br>Date<br><br>Roger A. Powell, Clerk<br>Print or Type Name of Clerk<br><br>Roger A Powell<br>Signature |
|---|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 01/26/98

AIS: 0016425    INMATE: WILLIAMS, DONALD KENT    RACE: W  SEX: M

INSTITUTION: 200 - COVINGTON    JAIL CR: 01YEAR000

DOB: 07/07/51    SSN: 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

ADM DTE: 01/17/90    NEW TERM: 007 YRS 000

ADM TYPE: NEW COMMITMENT - SPLIT SENTENCE    STAT: NEW CMMIT FROM CNT W/RSLT OF PRTN

CURRENT CUST: CTY-5    CURRENT CUST DTE: 01/16/91    PAROLE REVIEW: Y:

SECURITY LEVEL: (3) THREE

SERVING UNDER ACT440 LAW IN CLASS IV    CURRENT CLASS DATE:  01/16/91
INMATE IS EARNING : STRAIGHT TIME

| COUNTY | SENT DT | CASE NO | CRIME | JL-CR | TERM |
|---|---|---|---|---|---|
| COVINGTON | 01/16/91 | 89000287 | RECEIVING STOLEN PROPERTY II | 01250 | 005Y 00M 00D CS |
| COVINGTON | 01/16/91 | 83000259 | THEFT OF PROPERTY II | 01240 | 000Y 00M 00D CC |
| COVINGTON | 01/16/89 | 89000281 | THEFT OF PROPERTY II | 01340 | 005Y 00M 00D CC |
| | | COURT COSTS | : $0000241   FINES : $0000000 | RESTITUTION | : $0000524 |

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | LONG DATE |
|---|---|---|---|
| 005Y 00M 00D | 09/21/1992 | 000Y 00M 00D | 09/07/1995 |

INMATE LITERALS

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

ESCAPEE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978

DISCIPLINARY SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 02/14/91

AIS: 00113621      INMATE WILLIAMS, DONALD GENE

INSTITUTION: L03 - COVINGTON                                    RACE:

DOB: 07/26/51        SSN: 000-00-000                       JAIL CR:

ADM DT: 01/17/89      DEAD TIME: 00Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENCE      STAT: NEW COMIT FROM

CURRENT CUST: GT-M3      CURRENT CUST DT: 01/16/91     PAROLE REVIEW

SECURITY LEVEL: (3) THREE

SERVING UNDER ACT#45 LAW IN CLASS II
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED      CURRENT CLASS DATE:

COUNTY        SENT DT  CASE NO    CRIME
COVINGTON     01/16/91 88P000287  RECEIVING STOLEN PROPERTY II       JL-C
COVINGTON     01/16/91 88000289   THEFT OF PROPERTY II               0128
COVINGTON     01/16/91 88000291   THEFT OF PROPERTY II               0134
COURT COSTS  : $0000241      FINES : $0000000               0134
                                                            RESTI-
TOTAL TERM
0 00Y 00M 00D     MIN REL DT      GOOD TIME BAL
                  07/08/1992      00Y 01M 073     LONG DATE
                                                  09/07/1995
INMATE LITERAL:

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

DC APPEE-PAROLE SUMMARY
     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

     INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
     SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978

DC DISCIPLINARY SUMMARY
     INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS

Case 2:05-cv-01139-MHT-VPM    Document 9-2    Filed 01/27/2006    Page 7 of 22

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 02/16/91

AIS: 0121043    INMATE: WILLIAMS, DONALD GENE    RACE: W  SEX: M

INSTITUTION: L20 - COVINGTON    JAIL CR: 00YT41480

DOB: 07/74/51    SSN: 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

ADM DT: 01/17/89    DEAD TIME: 00Y 00M 00D

ADM TYPE: NEW COMMITMENT - SPLIT SENTENCE    STAT: NEW COMIT FROM CRT W/R/W OR PROB

CURRENT CUST: CTA-3    CURRENT CUST DT: 01/16/91    PAROLE REVIEW DT:

SECURITY LEVEL: (3) THREE

SERVING UNDER ACT940 LAW IN CLASS II    CURRENT CLASS DATE: 01/16/91
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

COUNTY     SENT DT  CASE NO    CRIME                        JL-CR   TERM
COVINGTON  01/16/91N88000287 RECEIVING STOLEN PROPERTY II  01280 005Y 00M 000 CS
COVINGTON  01/16/91N88000239 THEFT OF PROPERTY II          01340 005Y 00M 000 CC
COVINGTON  01/16/91N88000291 THEFT OF PROPERTY II          01340 005Y 00M 000 CC
           COURT COSTS : $0000241   FINES : $0000000   RESTITUTION : $0000624

 TOTAL TERM      MIN REL DT     GOOD TIME BAL    LONG DATE
 005Y 00M 00D    07/08/1992     000Y 01M 07D     09/07/1995

 INMATE LITERAL:
***************************************************************************
DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

***************************************************************************
ESCAPE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.O.S.C.I.S. RECORDING BEGAN IN 1978

***************************************************************************
DISCIPLINARY SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS

| Covington County Sheriff | **INMATE DATA** | Booking Number |
|---|---|---|
| Printed: Sun May 22,2005 | **DONALD G WILLIAMS (S423028106)** | 200007912 |

**INMATE DATA**

**DONALD G WILLIAMS (S423028106)**

Booking Number
200007912

Booking Date
MAY 22nd, 2005

| Section **HOLDING** | Block | Cell | Bed | Social Security Number **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** | Alias | Est Release Date |
|---|---|---|---|---|---|---|

| Address | **SHELL CRACKER LANE** **ANDALUSIA AL 36421** | Home Telephone |
|---|---|---|

| Sex **M** | Date of Birth **1961-06-28** | Age **43** | Height **5' 09"** | Weight **160** | Race **WHITE** | Eyes **BLUE** | Hair **BROWN** |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin **BILLY WILLIAMS** | NOK Telelphone **(334) 427-9999** |
|---|---|

| Charge(s) **WRIT OF ARREST-CHILD SUPPORT** | Bond **NO BOND** |
|---|---|

| Jailer **CJ017  MILLER, J.D.** | Photo Taken By **CJ017  MILLER, J.D.** | Fingerprinted By |
|---|---|---|

| Admission Type **ARREST** | Phone Call **N** | NCIC Check **N** |
|---|---|---|

| Arrest Case Number **BAG W/NAME** | DNA Sample By |
|---|---|

| Agency Arrested For **COV. COUNTY** | Arresting Officer **02311  BALLARD, JASON** |
|---|---|

| Agency Hold For **OPP** |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

| Notes  **SUBJECT REFUSED PHONE CALL AT TIME OF INTAKE** |
|---|

| Covington County Sheriff<br><br>Printed: Sun May 22,2005 | # INMATE PROPERTY LOG<br>## DONALD G WILLIAMS (S423028106) | Booking Number<br>200007912<br>Booking Date<br>MAY 22nd, 2005 |
|---|---|---|

| Currency<br>$25.00 | Change<br>$2.62 | Checks | Food Stamps | Total Received<br>$27.62 |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | KNIFE | | |
| 1 | BLACK LIGHTER | | |
| 1 | PAIR BLACK SHOES | | |
| 1 | PAIR BLUE JEANS | | |
| 1 | GREY SHIRT | | |
| 1 | BLACK HAT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | Did Not Believe Shoes | No in Box |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.
Inmate's Signature _Donald G Williams_ Date: _____ Time: _____
Officers's Signature _Roy C Bug_ Date: _____ Time: _____

| Covington County Sheriff  Printed: Sun May 22, 2005 | # MEDICAL SCREENING FORM  ## DONALD G WILLIAMS (S423028106) | Booking Number  **200007912**  Booking Date  **MAY 22nd, 2005** |
|---|---|---|

## ADMISSION OBSERVATIONS

| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
|---|---|---|---|---|---|
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

**SUBJECT SEEMS TO BE IN GOOD HEALTH AT TIME OF INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
|---|---|---|---|---|---|
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address
**NONE**

Health Insurance
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**NONE AT TIME OF INTAKE**

Drug Allergies
**NONE AT TIME OF INTAKE**

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
CJ017  MILLER, J.D.

S. S. N.# ☐☐☐ - ☐☐ - ☐☐☐☐

BOOKING OFFICER: _____

NAME: David Gene Williams

DATE: ☐6 / ☐3 / ☐☐   TIME: _____ AM  PM  Mil.

ALIAS: _____

ADDRESS: _____ Andalusia AL _____

AGE: ☐☐  RACE: W  SEX: M  EYES: _____ HAIR: _____

HGT: 5'9"  WGT: 170  D. O. B.: ☐6 / ☐3 / ☐1

PLACE OF BIRTH: _____ Andalusia _____ Covington _____ AL
       (City)      (County)     (State)

SCARS / MARKS: Tattoos both shoulders _____

ARRESTING OFFICER(S): BW J. Ballard

AGENCY: CCSO

OFFENSE: Writ of Arrest

STATUS: Father   NEXT OF KIN: Billy Williams

PHONE NUMBER: ( ____ ) 427 - 9999

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: Hold for Opp P.D.

BEHAVIOR: _____

HOW RELEASED: _____

DATE: ☐☐ / ☐☐ / ☐☐   TIME: _____ AM  PM  Mil.

RELEASING OFFICER: _____

REMARKS: No bond


COPY
" RE'S DEPARTMENT

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA:                    *
IN THE MATTER OF:
JESSICA WILLIAMS &                   *
DONALD WILLIAMS,
                                     *

SHEILA A. TERRY,                     *          CIVIL ACTION NO.:
                                                DR-1987-342.02
        PLAINTIFF,                   *

VS.                                  *

DONALD G. WILLIAMS,                  *

        DEFENDANT.                   *

<u>ORDER</u>

It is hereby ORDERED that the defendant may attempt to purge himself of contempt as follows:

By being allowed to leave the jail for not more than twelve hours each day, Monday through Friday, to work for Clinton J. Owens, assuming the defendant is willing to do so.  If the defendant chooses to take advantage of the opportunity thus provided, all but 25% of his net weekly earnings shall be tendered over to the Covington County Department of Human Resources to be applied to child support arrears.  Moreover, if the defendant proceeds as set out above for a reasonable period, the undersigned will then have him brought before the Court for the purpose of considering whether or not his outright release should, at that point, take effect.

DONE and ORDERED this the 18th day of November, 2005.

M. ASHLEY MCKATHAN, CIRCUIT JUDGE

FILED IN OFFICE

NOV 1 8 2005

## COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _Don Williams_ BLOCK _C_ DATE _Nov 21, 05_

( )TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( )SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO _M/s Linda Denson_

( )SHERIFF ( )CHIEF JAILER (✓)JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI
APPLICABLE.

_Need to go to notary_

_Donald Gene Williams_

FOR THE CPT OR REPLY ONLY

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

_Mr. Williams the Notary will be
here Tuesday at 8am 11-22-2005_

_Please be up & dressed_

_Thanks_
_Linda Russon_

_11-21-2005_

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA:                         *
IN THE MATTER OF: JESSICA
WILLIAMS AND DONALD WILLIAMS,   *

SHEILA A. TERRY                           *
                                                        CASE NO. DR-1987-342.02
      PLAINTIFF,                      *

VS.                                              *

DONALD G. WILLIAMS,                       *

      DEFENDANT.                      *

## ORDER OF TEMPORARY RELEASE FROM JAIL

### TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are Ordered to release from your custody the above named defendant, charged with Civil Contempt - - Willful Non-Payment of Child Support.

**Reason for release:** The defendant has been unable to tender any purge while incarcerated to this point. The opportunity for him to leave jail and work has not developed to be practical.

Nonetheless, the defendant is notified that this release is temporary; that purge acts must follow on his part; and that he shall accordingly appear before the Court on the 2nd day of February, 2006, at 9:00 a.m. Thereupon, temporary release may be continued in effect if defendant has begun appropriately meeting his support duties, or, conversely, defendant may be returned to incarceration if he has not.

DONE and ORDERED this 23rd day of November, 2005.

M. ASHLEY McKATHAN
CIRCUIT JUDGE

FILED IN OFFICE

NOV 2 3 2005

CLERK

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA                            *
IN THE MATTER OF   JESSICA
WILLIAMS AND DONALD WILLIAMS,   *

SHEILA A. TERRY                             *
                                                    CASE NO. D8-1987-042.02
          PLAINTIFF,                        *

VS.                                         *

DONALD G. WILLIAMS,                         *

          DEFENDANT                         *

## ORDER OF TEMPORARY RELEASE FROM JAIL

### TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are Ordered to release from your custody the above named defendant, charged with Civil Contempt - - Willful Non-Payment of Child Support.

**Reason for release:** The defendant has been unable to tender any purge while incarcerated to this point. The opportunity for him to leave jail and work has not developed to be practical.

Nonetheless, the defendant is notified that this release is temporary; that purge acts must follow on his part; and that he shall accordingly appear before the Court on the 2nd day of February, 2006, at 9:00 a.m. Thereupon, temporary release may be continued in effect if defendant has begun appropriately meeting his support duties, or, conversely, defendant may be returned to incarceration if he has not.

DONE and ORDERED this 23rd day of November, 2005.

M. ASHLEY McKATHAN
CIRCUIT JUDGE

PRISONER'S JAIL REPORT

SSN# 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

BOOKING OFFICER

NAME: Donald Gene, Williams

DATE 11-23-2005    TIME 10:10 Am.

ALIAS:

ADDRESS Apt 3-D Foxwood Village Andalusia, AL

AGE 45    RACE W    SEX M    EYES Blu    HAIR Bro

HGT 59    WGT 150    DOB: 6-28-1961

PLACE OF BIRTH Andalusia, AL

SCARS/MARKS

ARRESTING OFFICERS: Carnley

AGENCY: OPP P.D.

OFFENSE: (F.T.A.) Driving While Suspended

STATUS: Single    NEXT OF KIN:

PHONE NUMBER

SENTENCE BEGINS:

ENDS:

HOLD:

BEHAVIOR

HOW RELEASED

DATE: 10-23-05    TIME: 19:40

RELEASING OFFICER: Huff Wain 224

REMARKS CASH Bond OPP P.D. $400.00

Alabama Department of

# Public Safety

Lt. Colonel Harold J. Hammond, Assistant Director

REPLY MAY BE MADE TO

The finger impressions recorded on the attached cards could not be accurately classified for the reason indicated below.  Each fingerprint card indicates by number or notation the reason for its return.

   (1)  When the prints were taken, the ink or chemical was unevenly distributed.
   (2)  The fingers were not fully rolled.  The complete patterns including the "deltas" and the first joint "wrinkle" must show to permit proper classification.
   (3)  Too much ink was used.
   (4)  Insufficient ink was used, and the ridge characteristics are indistinct.
   (5)  Some of the impressions are blurred or smudged as though the fingers slipped while being rolled.
   (6)  Moisture or some other foreign substance was present on the fingers, as the impressions are blurred and indistinct.
   (7)  The ridge characteristics are not distinct, possibly because they may have been partially effaced due to the nature of the subject's employment; to some skin disease, or to some other temporary cause.  In many instances, legible prints can be obtained in these cases after a few days, even though it was impossible to secure clear impressions originally.
   (8)  In the rolled impressions, the hands of this individual have been transposed.
   (9)  The rolled impressions of the fingers of one of the hands were taken twice, and the rolled impressions of the fingers of the other hand not at all.
   (10) One or more of the rolled or plain impressions is missing or partially missing.  Since it is necessary to have the complete impressions of all ten fingers, unless amputations appear, please try to obtain these fingerprints.
   (11) The impressions have not been recorded in the correct sequence.
   (12) Subject has not signed the fingerprint card, nor does the name appear on the front of the card.
   (13) The plain impressions do not appear on the bottom of the card; therefore, a double check cannot be made of the prints.

We would appreciate your obtaining reprints and forwarding to this office for appropriate attention.  When submitting the reprints, it is not necessary to return the original fingerprint card as only one copy of each set of fingerprints is necessary for retention in this division's files.

                                        Fulton J. Prevost
                                        Identification Unit Supervisor

**Headquarters**
Post Office Box 1511
Montgomery, Alabama 36192-0501

**Driver License**
Post Office Box 1471
Montgomery, Alabama 36192-2301

# EXHIBIT B
## Affidavit of Anthony Clark

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DOUGLAS GENE WILLIAMS,                    )
                                          )
    Plaintiff,                        )
                                          )
v.                                        )  CIVIL ACTION NO.:  2:05-CV-1139-T
                                          )
ANTHONY CLARK, *et al.*,                  )
                                          )
    Defendants.                       )

## AFFIDAVIT OF ANTHONY CLARK

STATE OF ALABAMA                          )
                                          )
COUNTY OF COVINGTON                       )

1.      My name is Anthony Clark.  I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.      At all times relevant to Plaintiff's Complaint I was the lawfully elected Sheriff of Covington County, Alabama.

3.      I have reviewed the Plaintiff's Complaint filed in this matter.  I have no personal knowledge of any of the facts stated in the Complaint.

4.      It is the policy of the Covington County Sheriff's Department that members of the jail staff receive and answer inmate grievances.  Forms on which grievances may be related to the jail staff are readily available in the jail.  Inmates are furnished these forms at any time they request one.  An exception exists for requests of an emergency nature, which may be made orally.  Members of the jail staff are charged with responding to such grievances.  Copies of all completed grievances and request forms are placed in an inmate's jail file.

5.      Inmates are made aware of the grievance procedure.

6.     To not provide an inmate with a grievance form or address a grievance would be a violation of the policy of this jail.

7.     To my knowledge, the Plaintiff has not filed a grievance with respect to any of the allegations in his lawsuit.

8.     I am not personally involved in the day-to-day operations of the jail. I have delegated that power and authority to the Jail Administrator.

9.     To my knowledge, a Brown Recluse spider has never been identified in the Covington County Jail, nor has an inmate ever been treated for a bite from a Brown Recluse spider. I have personally inspected the Covington County Jail for spiders and those inspections have failed to uncover spiders of any type inside the jail.

10.     The Covington County Commission has contracted with Southern Health Partners, Inc. ("SHP") to provide all health care related services to the inmates at the Covington County Jail. SHP provides a doctor and at least one nurse which are available for inmate needs 24 hours a day, seven days a week. In particular, SHP staff recommend and perform inmate physical and mental health evaluations and treatments, and initiate and/or confirm health-related appointments with outside health-care providers as needed. The responsibility of jail personnel with regards to health-related appointments outside the jail is limited to transporting the inmates to any such appointments upon the instruction of SHP staff.

11.     Neither I nor any Covington County Jail personnel have any control, authority or responsibility for the provision of health care to jail inmates; we are required to rely on the training and expertise of SHP for such services. However, in emergency situations, jail personnel are authorized to contact the SHP nurse or doctor and/or call for an ambulance and emergency medical assistance.

12.    Southern Health Partners staff maintain, control, secure and dispense all medications.  Covington County Jail personnel do not have access to patient medications, and have no control, authority or responsibility for the dispensing of medications to inmates.

13.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and health records, kept at the Covington County Jail in the regular course of business.

14.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_Anthony Clark_
Anthony Clark

**SWORN TO** and **SUBSCRIBED** before me this _24_ th day of January, 2006.


_Patricia A. Sweatt_
NOTARY PUBLIC

My Commission Expires: _1-29-09_

4