**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 27, 2006

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Williams v. Clark et al

**Case Number:**   2:05-cv-01139-MHT

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document #8   filed on   January 27, 2006.**