## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 27, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Williams v. Clark et al**

**Case Number:    2:05-cv-01139-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.    Reference is made to document #9   filed on    January 27, 2006.**