IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOUGLAS GENE WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1139-MHT |
| | ) |
| ANTHONY CLARK, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

On 19 January 2006, the Magistrate Judge filed a Recommendation (Doc. #7) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to prosecute this action.

Done this the 13th day of February, 2006.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE